**Order entered July 31, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00707-CR

**THE STATE OF TEXAS, Appellant**

**V.**

**MOHAMMAD UMAIS HASHIM, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-83661-2017**

## ORDER

The clerk's record and reporter's record were due July 29, 2018. On July 27, 2018, court reporter Antoinette Varela filed a letter with the Court, stating that because the State had not filed a designation of record, "there has not been an estimate of cost prepared nor have payment arrangements been made or communicated." On July 30, we received a request for extension of time from the Collin County District Clerk. We **DEFER** ruling on both requests.

We **ORDER** the State to provide written verification that it has designated the records and has paid or made arrangements to pay for the reporter's record and clerk's record within **TEN DAYS** of the date of this order. If the State fails to do so, the Court will take whatever action it deems appropriate including dismissing this appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

/s/    CRAIG STODDART
JUSTICE